# Transfer of Jurisdiction

**FILED** JUL 06 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| Case Number (Trans. Court) | 2:18-CR-0139-Z(01) |
| Case Number (Rec. Court) | 7:23-CR-110-DC (01) |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| Zane Matthew Dixon | Northern District of Texas | Amarillo Division |

Name of Sentencing Judge: U.S. District Judge Matthew J. Kacsmaryk

Dates Of Probation/Supervised Release: From April 21, 2023  To April 20, 2026

**Offense**
Convicted Felon in Possession of a Firearm

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas, Amarillo Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Western District of Texas, Midland/Odessa Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: June 30, 2023

_U.S. District Judge Matthew J. Kacsmaryk_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Western District of Texas, Midland/Odessa Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 7/6/23

_U.S. District Judge_

Prob22 (Revised 12/12/14)                                                                 Page 1 of 1